IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-154-5H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| CRAIG EUGENE RITTER, | )     **ORDER** |
| Defendant. | ) |

This matter is before the court on the appeal by defendant of an order issued by United States Magistrate Judge Robert B. Jones on December 20, 2017, [DE #74], detaining defendant pending trial.

The court has carefully reviewed this matter and finding the Magistrate Judge's decision in accordance with law, the appeal is DENIED. The order of the Magistrate Judge is hereby AFFIRMED. Defendant is ordered detained in accordance with the Magistrate Judge's Detention Order, [DE #74].

This 12th day of January 2018.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35